# CRIMINAL DOCKET—U.S. District Court

| PO | ☐ 113C | 0 | Assigned 3C19 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. (LAST, FIRST, MIDDLE) TULLEY, JANET E. | Case Filed Mo. 6 / Day 21 | Docket No. 89-6122CR NCR 01 | Def. |
|---|---|---|---|---|---|---|---|---|
| Mag. ☐ | | | | | | No. of Def's 3 | U.S. MAG. CASE NO 89-4248-SNOW | |
| Felony ☒ District | Off | Judge/Magistr. | | OFFENSE ON INDEX CARD ▶ [CAT-1] | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG |
|---|---|---|---|
| 21:841(a)(1) | Did intentionally possess with intent to distr. a sch. II narcotic contr. sub. (CT.1) | 1 | |

SUPERSEDING COUNTS ☐ JURY ☐ N.J.

## II. KEY DATE

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO |
|---|---|---|---|---|
| KEY DATE EARLIEST OF | ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint | KEY DATE 6/21/89 APPLICABLE | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver | KEY DATE LATEST OF | ☐ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg: ☐ Ind ☐ Inf ☐ Order New trial | KEY DATE 7/24/90 APPLICABLE | ☐ Dismissal ☒ Pled guilty ☐ Nolo ☐ Trial (voir dire) began | ☐ After N.G. ☐ After nolo |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 7/24/90 | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ 6-12-89 | | INITIAL/NO. LSS-3CBC | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ 6-21-89 Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| COMPLAINT ▶ | 6-12-89 | | | | | | |
| Date of Arrest 6-10-89 | OFFENSE (In Complaint) 21:841(a)(1) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

**MARC FAGELSON**

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Michael Hursey, Esq.
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301
779-1880

### BAIL • RELEASE

**PRE-INDICTMENT**

Release Date:
Bail ☐ Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET ☐ PSA
$200,000 C/S w/Nebbia ☐ Conditions ☐ 10% Dep.
Date Set 6-16-89 ☐ Surety Bnd
☒ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**

Release Date:
Bail ☐ Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET ☐ PSA
$ ☐ Conditions ☐ 10% Dep.
Date Set ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE DOCUMENT NO | | V. PROCEEDINGS | | |
|---|---|---|---|---|
| **1989** | | | | |
| June 12 | a | COMPLAINT FILED. Signed by S/A Coleman B. Ramsey, DEA & sworn to before LSS-Mag. | | pb |
| | b | ORDER & ADVICE - deft arrewted 6-10-89; I/A 6-12-89. PTD requested hrg set for 6-14-89. Cnsl to be apptd. Prelim/arr set for 6-21-89. | | pb |
| | c | CJA VOUCHER # 0105784 (LSS 6-19-89) nunc pro tunc 6-14-89 appting Michael Hursey as cnsl. | | pb |
| | d | RELEASE ORDER (LSS 6-16-89) Request for PTD denied & bond set at 200,000 C/S w/Nebbia. See file for details | | pb |
| **1989** | | | | |
| JUNE 21 | 1 | INDICTMENT rtn'd in Ft. Lauderdale Fla. (CERT. OF TRL ATTY -CAT 1- ATTCH'D) | | kw |
| 26 | 2 | LOUIS,M: MINUTES of prelim/arraign on 6/21/89 | | kw |
| 26 | 3 | TULLEY,S: MINUTES of prelim/arraign on 6/21/89 | | kw |
| 26 | 4 | TULLEY,J: MINUTES of prelim/arraign on 6/21/89 | | kw |
| 26 | 5 | TULLEY, J: ARRAIGN INFO SHEET; appeared before Mag LSS on 6/21/89 crt app. csl | | kw |
| 27 | 6 | TULLEY,S: ARRAIGN INFO SHEET; appeared before Mag LSS on 6/21/89 crt appointed csl | | kw |
| 28 | 7 | ALL DEFTS: ORDER(LSS 6/21/89) SETTING status conf on 7/26/89 @9:30 (EOD 6/29/89) | | kw |
| 28 | 8 | ALL DEFTS: SDO PACKET(LSS 6/21/89) (EOD 6/29/89) | | kw |
| 27 | 9 | LOUIS: ARRAIGN INFO SHEET appeared before Mag LSS on 6/21/89 crt appointed csl | | kw |
| JULY 19 | 10 | TULLEY, J: MINUTES of bond hrg on 7/19/89 | | kw |
| 20 | 11 | ALL DEFTS: RESPONSE to SDO, by govn't | | kw |
| 28 | 12 | TULLEY, J: STATUS REPORT(LSS 7/27/89) (EOD 8/4/89) | | kw |
| AUG. 1 | 13 | ALL DEFTS: SUPPLEMENTAL response to SDO, by govn't | | kw |
| 9 | 14 | LOUIS: MOTION for ext of time | NR | kw |
| 9 | 15 | LOUIS: MOTION for discl. of confidential informant for interview & memo | | kw |
| 15 | 16 | TULLEY: ORDER(LSS 8/15/89)GRANTING m/ for discl of CI for interview & GRANTING m/ for ext of time to file m/ to suppress (EOD 8/16/89) | | kw |
| 18 | 17 | TULLEY, S: MOTION fro ext of time to file m/ to suppress | | kw |
| 21 | 18 | TULLEY, J: MOTION to adopt m/ of co-defts | NR | kw |
| 29 | 19 | TULLEY, J: ORDER(LSS 8/29/89) GRANTING m/ to adopt m/ of co-defts (EOD 9/6/89) | | kw |
| SEPT. 13 | 20 | TULLEY, et al : REVISED ORDER(NCR 9/11/89) on trl instructions (EOD 9/14/89) | | kw |
| 11 | 21 | ALL DEFTS: NOTICE of cal call on 10/10/89 @9:30 in FTL | | kw |
| 27 | 22 | ALL DEFTS: MOTION to suppress, spprting memo & req for hrg | | kw |
| OCT. 2 | 23 | TULLEY, J: NOTICE of appellate argument/conflict, by gvn't | | kw |
| 3 | 24 | TULLEY, J: MOTION to suppress post arr stmnt | | kw |
| 4 | 25 | TULLEY S.: MOTION for discl of govt conf. informant and Memo. | | jl |
| | 26 | TULLEY S.: MOTION to adopt | | jl |
| | 27 | TULLEY S.: MOTION to adopt co-defts Marie Louis not. to suppress and addendum to not. | | jl |
| | 28 | TULLEY S.: OBJECTIONS to Mag's ord. denying Marie Louis's not. for discl. of conf. informant and prod. of conf. informant | | jl |
| 6 | 29 | TULLEY, S et al: MOTION by deft for cont | NR | dd |

CONTINUED TO PAGE

# CRIMINAL DOCKET – U.S. District Court

**VS.** TULLEY, SANDRA M.

Case No.: 89-6122-CRNCR-02
U.S. MAG CASE NO.: 89-4248-SNOW
Date: 6/21/89

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:841(a)(1) | Did intentionally w/ intent to distr. a sch. II contr. sub. (CT.1) | 1 |

[CAT-1]

## II. KEY DATE

- INTERVAL ONE – KEY DATE EARLIEST OF
- END ONE / BEGIN TWO – KEY DATE APPLICABLE: 6/21/89 — X Indictment filed/presented
- END INTERVAL TWO – KEY DATE APPLICABLE: 7/24/90 — X Pled guilty, X After N.G.

Disposition Date: 7/24/90

## III. MAGISTRATE

- INITIAL APPEARANCE DATE: 6-12-89
- PRELIMINARY EXAMINATION Date Scheduled: 6-21-89
- INITIAL/NO.: LSS-3CBC
- COMPLAINT: 6-12-89
- Date of Arrest: 6-10-89
- OFFENSE (In Complaint): 21:841(a)(1)

## IV. ATTORNEYS

U.S. Attorney: MARC FAGELSON

Defense: 1 X CJA

Richard Gagliano, Esq.
Suite 325- 44 W. Flagler St.
Miami, FL 33130
358-4600

### PRE-INDICTMENT BAIL / RELEASE

- AMOUNT SET: $200,000 C/S w/Nebbia
- Date Set: 6-16-89
- XX Bail Not Made

| DATE DOCUMENT NO. | Yr. Docket No | Def. (OPTIONAL) Show last names of defendants | V. PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|
| 1989 June 12 | a | | COMPLAINT FILED. Signed by S/A Coleman Ramsey, DEA & sworn to before LSS-Mag. | | pb | |
| | b | | ORDER & ADVICE - deft arrested 6-10; I/A 6-12-89. PTD requested, hrg set for 6-14-89. Prelim/arr set for 6-21-89. Cnsl to be apptd. | | pb | |
| | c | | CJA VOUCHER # 0105783 (LSS 6-14-89) appting Richard Gagliano as cnsl. | | pb | |
| | d | | RELEASE ORDER (LSS 6-16-89) request for PTD Denied. Bond set at 200,000 C/S w/Nebbia. See file for details. | | pb | |
| 1989 DEC. 12 | 30 | ALL DEFTS: | NOTICE of cal call on 1/2/90 @9:30 in FTL | | kw | |
| 20 | 31 | TULLEY, J: | NOTICE by deft's cnsl of potential conflicting trial dates | | dd | |
| 29 | 32 | ALL DEFTS: | MOTION to cont, by gvnt | | kw | |
| JAN. 5 | 33 | TULLEY, J: | MINUTES of cal call on 1/2/90 | | kw | |
| APRIL 26 | 34 | TULLEY, et al: | NOTICE of cal call on 5/18/90 @11:00 in FTL | | kw | |
| MAY 2 | 35 | ALL DEFTS: | RESPONSE to defts mot to suppress evid stmts, by gvnt | | kw | |
| 1990 JULY 10 | 36 | TULLEY, S: | NOTICE of conflict | | kw | |
| 10 | 37 | TULLEY, J: | UNOPPOSED MOTION for special setting of trl date | | kw | |
| 13 | 38 | ALL DEFTS: | REQUESTED JURY INSTRUCTIONS, by gvnt | | kw | |
| 16 | 39 | ALL DEFTS: | MINUTES of cal call on 7/16/90 | | kw | |
| 20 | 40 | ALL DEFTS: | SUPPLMENTAL RESPONSE to SDO, by gvnt | | kw | |
| 23 | 41 | ALL DEFTS: | NOTICE of spplmntl authority, by gvnt | | kw | |
| 24 | 42 | LOUIS, M: | PLEA AGREEMENT | | dd | |
| 24 | 43 | TULLEY, J: | PLEA AGREEMENT | | dd | |
| 24 | 44 | TULLEY, S: | PLEA AGREEMENT | | dd | |
| 24 | 45 | LOUIS, M: | NOTICE of sent set for 9/27/90 at 10:00am in Ft.L. | | dd | |
| 24 | 46 | TULLEY, J: | NOTICE of sent set for 9/27/90 at 9:30am in Ft.L. | | dd | |
| 24 | 47 | TULLEY, S: | NOTICE of sent set for 9/27/90 at 9:45am in Ft.L. | | dd | |
| 25 | 48 | ALL DEFTS: | COURT MINUTES of trial held 7/25/90, all defts plead G | | dd | |
| AUG 22 | 49 | TULLEY, S: | NOTICE of filing correspondence dtd 8/16/90 & 8/10/90 | | kw | |
| SEPT 20 | 50 | LOUIS: | MOTION for judicial recommendation agst deportation | | kw | |
| 21 | 51 | TULLEY, J: | OBJECTIONS to PSI | | kw | |
| 24 | 52 | TULLEY, S: | POSITION of parties w/ respect to sent factors | | kw | |
| 25 | 53 | TULLEY, S: | RESPONSE to defts position w/ respect to sent factors, by gvnt | | kw | |
| 26 | 54 | TULLEY, S: | JOINT MOTION for cont of sent | | kw | |
| 27 | 55 | TULLEY, S: | MINUTES of sent on 9/27/90 | | kw | |
| 27 | 56 | TULLEY, J: | MINUTES of sent on 9/27/90 | | kw | |
| 27 | 57 | LOUIS, M: | MINUTES of sent on 9/27/90 | | kw | |
| OCT. 1 | 58 | LOUIS: | RESPONSE to defts mtoion for judicial recommendation agst deportation & exclusion, by Fla. Atty Gen. Butterworth | | kw | |
| 1 | 59 | TULLEY, S: | J&C(NCR 9/28/90) ASSESSED $50.00; IMPRISONMENT 72 mos; recommended Danbury or institution w/ J. Tulley (EOD 10/2/90) | | kw | |
| 1 | 60 | LOUIS, M: | J&C(NCR 9/28/90) ASSESED $50.00; Imprisonment 63 mos; supervised release of 4 yrs (EOD 10/2/90) | | kw | |

CONTINUED TO PAGE

# CRIMINAL DOCKET U.S. District Court

| PO | ☐ | 113C | 0 | Assigned 3C19 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. LOUIS, MARIE [CAT.-1] | Mo. 9 | Day 21 | Year 89 | Docket No. 89-6122 CR-NCR | Def. 3 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Msd. | ☐ | | | | | | | | No. of Def's 3 | U.S. MAG. CASE NO 89-4248-SNOW | |
| Felony | X | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
| --- | --- | --- | --- |
| 21:841(a)(1) | Did intentionally possess w/ intent to distr. a sch. II contr. sub (CT.1) | 1 | |

SUPERSEDING COUNTS ☐ JURY ☐ N.J.

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

**END ONE AND/OR BEGIN TWO** — KEY DATE 6/21/89 APPLICABLE: X Indictment filed/unsealed, ☐ consent to Magr. trial on complaint, ☐ Information, ☐ Felony W/waiver

KEY DATE / LATEST OF: 1st appears on pending charge /R40, ☐ Receive file R20/21, ☐ Supsdg: ☐ Ind ☐ Inf, ☐ Order New trial

**END INTERVAL TWO** — KEY DATE 7/24/90 APPLICABLE: ☐ Dismissal, X Pled guilty, ☐ Nolo, ☐ After N.G., ☐ After nolo, ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 7/24/90 | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ 6-12-89 | | INITIAL/NO. LSS-3CBC | OUTCOME: ☐ DISMISSED |
| --- | --- | --- | --- | --- | --- | --- |
| Search Warrant Issued / Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled 6-21-89 / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | | | |
| COMPLAINT ▶ | 6-12-89 | | | | | |
| Date of Arrest 6-10-89 | OFFENSE (In Complaint) 21:841(a)(1) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out
BAIL ● RELEASE

## IV. ATTORNEYS
U.S. Attorney or Asst.

MARC FAGELSON

Defense: 1 ☐ CJA, 2 ☐ Ret., 3 ☐ Waived, 4 ☐ Self, 5 ☐ Non/Other, XX PD, 7 ☐ CD

Federal Public Defender
301 N. Miami Avenue
Miami, FL 33128
536-6900

### PRE INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $200,000 w/Nebbia
Date Set 6-16-89
XX Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

### POST-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| --- | --- | --- | --- | --- | --- |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr Docket No Def | (OPTIONAL) Show last names of defendants | V. PROCEEDINGS | Start Date / End Date | Li Code | Total Days |
|---|---|---|---|---|---|---|
| 1989 June 12 | a | | COMPLAINT FILED. Signed by S/A Coleman Ramsey, DEA & sworn to before LSS-Mag. | | | pb |
| | b | | ORDER & ADVICE - deft arrested 6-10-89; I/A 6-12-89. PTD requested, hrg set for 6-14-89. Cnsl to be apptd. Prelim/arr set for 6-21-89 | | | pb |
| | c | | ORDER (LSS 6-14-89) appting FPD as cnsl. | | | pb |
| | d | | RELEASE ORDER (LSS 6-16-89) Request for PTD denied. Bond set at 200,000 C/S w/Nebbia. See file for details. | | | pb |
| 1990 OCT 1 | 61 | TULLEY, J: | J&C(NCR 9/28/90) IMPRISONMENT 63 mos, ASSESSED $50.00 recommended institution Danbury or same institution of Sister S. Tulley; Supervised release of 4 yrs (EOD 10/2/90) | | | kw |
| 03 | 62 | TULLEY, J: | **NOTICE OF APPEAL** from the sentence received on September 27, 1990. no fee cc: USCA,USAO,USMO,USPO,ATTY w/ais | | | 1h |
| 05 | -- | TULLEY, J: | **TRANSMITTAL LETTER** with certified copy of notice of appeal, docket sheet & judgment appealed from sent to USCA. | | | 1h |
| 18 | -- | TULLEY, J: | ACKNOWLEDGEMENT from USCA they rcvd NOA USCA#90-5838 | | | kw |
| 1991 JAN 8 | 63 | TULLEY, S: | CJA20(LSS 6/14/89) VOUCHER#0105783; pmt in amt of $3,685.80 to Richard Gagliano (EOD 1/9/91) | | | kw |
| 16 | 64 | TULLEY, J: | CJA20(NCR 12/11/90)VOUCHER #0105784 pmt in amt of $2,503.97 to Michael Hursey (EOD 1/17/91) | | | kw |
| FEB 19 | 65 | TULLEY, J: | TRANSCRIPT of hrg on 9/27/90 before Jdge NCR pgs1-10 | | | kw |
| 1 | 66 | TULLEY, J: | MANDATE(USCA 1/29/91) DISMISSING APPEAL (EOD 2/21/91) | | | kw |
| MARCH 21 | 67 | TULLEY, J: | CJA24(NCR 3/15/91) pmt in amt of $20.00 for transcript of sent to Michael Hursey; VOUCHER #51493 (EOD 4/1/91) | | | kw |
| APRIL 27 | 68 | TULLEY, Sandra: | MOTION to request the court to correct disparity in sent | | | kw |
| MAY 8 | 69 | TULLEY, Sandra: | RESPONSE to deft's motion to correct sent disparity, by gvnt | | | kw |
| 1992 DEC 14 | 70 | LOUIS: | MOTION for modification of sent under rule 35 | | | kw |
| 1993 MARCH 4 | 71 | TULLEY, Sandra: | MOTION to request the crt to correct disparity in defts sent by granting deft request for 2 pts deduction for acceptance of responsibility | | | kw |
| 4 | 72 | TULLEY, Janet: | MOTION for modification of sent pursuant to 18:3582 | | | kw |

**DOCKET SHEET SCANNED AS D.E. 73**